STEPHAN A. BARBER (SBN 70070)
DANIEL P. McKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: sbarber@rmkb.com

Attorneys for
SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.

***E-FILED 12-02-2010***

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,

Plaintiff,

v.

SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; and DOES 1 through 100, Inclusive,

Defendant.

CASE NO. CV10-4706 HRL

**ORDER GRANTING**

**REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

**Date:** **December 28, 2010**
**Time:** **1:30 p.m.**
**Judge:** **Magistrate Judge Howard R. Lloyd**

**[Re: Docket No. 10]**

It is here agreed between Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY, by and through their attorneys Robert S. Nelson and H. Clyde Long, and Defendants SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD., by and through their attorney Stephan A. Barber, that the Initial Case Management Conference currently scheduled for December 28, 2010 at 1:30 p.m. be continued to either January 4 or 11, 2011.

This request is made and based upon counsel's unavailability to attend the Case Management Conference on December 28, 2010 due to vacation and other commitments.

Counsel for the parties request only a short continuance of the Case Management

Conference.

It is respectfully requested that if the Clerk can schedule the Initial Case Management Conference for January 4 or 11, 2011, that the Court select the date and time most convenient to the Court and send a notice to the parties.

Respectfully submitted,

Dated: 11/24, 2010

NELSON LAW GROUP

By: [signature]
ROBERT S. NELSON
Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

Dated: ____________, 2010

LONG LAW OFFICES

By: ____________________
H. CLYDE LONG
Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

Dated: 11/30, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: [signature]
STEPHAN A. BARBER
Attorneys for SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

Conference.

It is respectfully requested that if the Clerk can schedule the Initial Case Management Conference for January 4 or 11, 2011, that the Court select the date and time most convenient to the Court and send a notice to the parties.

Respectfully submitted,

Dated: ____________, 2010

NELSON LAW GROUP

By: ______________________
ROBERT S. NELSON
Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

Dated: 11/24, 2010

LONG LAW OFFICES

By: ______________________
H. CLYDE LONG
Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

Dated: ____________, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: ______________________
STEPHAN A. BARBER
Attorneys for SAM HOLDINGS, LLC. HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.

**Pursuant to stipulation, it is so ordered. The initial case management conference is continued to January 11, 2011, 1:30 p.m. All related deadlines are adjusted accordingly.**

**Dated: December 2, 2010**

Howard R. Lloyd
United States Magistrate Judge