1  MELANIE M. NORVELL, ESQ. (*Pro Hac Vice*)
   BOVIS, KYLE & BURCH, LLC
2  200 Ashford Center North, Suite 500
   Atlanta, GA 30328
3  Telephone: (770) 391-9100
   Fax: (770) 668-0878
4  Email:   mmn@boviskyle.com

5  STEPHAN A. BARBER (SBN 70070)
   DANIEL P. McKINNON (SBN 234749)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando Street, Suite 1400
7  San Jose, CA 95113
   Telephone: (408) 287-6262
8  Facsimile: (408) 918-4501E
   Email:   sbarber@rmkb.com

10 Attorneys for SAM HOLDINGS, LLC, HANDSON
   VENTURES, LLC, RUSTIC CANYON, LLC and
   HOV GLOBAL SERVICES LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; RUSTIC CANYON LLC and HOV GLOBAL SERVICES LTD,<br><br>    Defendants.<br>_____<br>SAM HOLDINGS, LLC, a limited liability company,<br><br>    Counter-Claimant,<br><br>v.<br><br>EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>    Counter-Defendants. | **Case No. 5:10-cv-04706-EJD HRL**<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE PRETRIAL CONFERENCE TO OCTOBER 14, 2011 AT 11:00 A.M.**<br><br>**Date:     September 30, 2011**<br>**Time:     11:00 a.m.**<br>**Judge:   District Judge Edward J. Davila** |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs, EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY, by and through their undersigned counsel, and Defendants, SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL SERVICES, LTD, by and through their undersigned counsel, that the Pretrial Conference currently scheduled for September 30, 2011 at 11:00 a.m. be continued to October 14, 2011 at 11:00 a.m.

Additionally, counsel for all parties agree that the hearing on Defendants' Motion for Transfer and the Pretrial Conference both be scheduled for October 14, 2011.

It is respectfully requested that the above request for continuance be granted and notice sent to all parties regarding the rescheduled date and time.

Respectfully submitted,

Dated: August 30, 2011      NELSON LAW GROUP

By: /s/ Robert S. Nelson
    ROBERT S. NELSON

Dated: August 30, 2011      LONG LAW OFFICES

By: /s/ H. Clyde Long
    H. CLYDE LONG

Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY

- 2 -

Case No. 5:10-CV-04706 EJD HRL

JOINT STIPULATION AND PROPOSED ORDER

1

2  Dated: August 30, 2011                ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                        By:/s/ Stephan A. Barber
                                            STEPHAN A. BARBER
5

6  Dated: August 30, 2011                BOVIS, KYLE & BURCH, LLC

7

8                                        By:/s/ Melanie M. Norvell
                                            MELANIE M. NORVELL
                                            *(Appearing Pro Hac Vice)*
9

10                                          Attorneys for Defendants SAM
                                            HOLDINGS, LLC, HANDSON
11                                          VENTURES, LLC, RUSTIC
                                            CANYON, LLC and HOV GLOBAL
12                                          SERVICES LTD.

13

14

15                    **ORDER OF THE COURT**

16         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17         Dated: September 1, 2011

18

19         _____
              UNITED STATES DISTRICT COURT
20              GF Y CTF "LOF CXKNC"

21

22

23

24

25

26

27

28

- 3 -                                    **Case No. 5:10-CV-04706 EJD HRL**

**JOINT STIPULATION AND PROPOSED ORDER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within and foregoing *JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE PRETRIAL CONFERENCE TO OCTOBER 14, 2011 AT 11:00 A.M.* has been served upon opposing counsel via the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Robert S. Nelson, Esq.
> Danielle L. Tizol, Esq.
> Nelson Law Group
> 900 Cherry Avenue, Suite 300
> San Bruno, CA 94066
>
> H. Clyde Long, Esq.
> Long Law Offices
> 950 Risa Road, 2nd Floor
> Lafayette, CA 94549

This 30th day of August, 2011.

**BOVIS, KYLE & BURCH, LLC**

/s/ Melanie M. Norvell
**MELANIE M. NORVELL, ESQ.**
Georgia Bar No. 455591
Admitted *Pro Hac Vice*
Attorneys for SAM HOLDINGS, LLC,
HANDSON VENTURES, LLC,
RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD.
200 Ashford Center North, Suite 500
Atlanta, Georgia, 30338-2668
770-391-9100 / Fax: 770-668-0878
mmn@boviskyle.com