1   MELANIE M. NORVELL, ESQ. (*Pro Hac Vice*)
    BOVIS, KYLE & BURCH, LLC
2   200 Ashford Center North, Suite 500
    Atlanta, GA 30328
3   Telephone:  (770) 391-9100
    Fax:  (770) 668-0878
4   Email:    mmn@boviskyle.com

5   STEPHAN A. BARBER (SBN 70070)
    DANIEL P. McKINNON (SBN 234749)
6   ROPERS, MAJESKI, KOHN & BENTLEY
    50 W. San Fernando Street, Suite 1400
7   San Jose, CA 95113
    Telephone: (408) 287-6262
8   Facsimile: (408) 918-4501E
    Email:    sbarber@rmkb.com
9
    Attorneys for SAM HOLDINGS, LLC, HANDSON
10  VENTURES, LLC, RUSTIC CANYON, LLC and
    HOV GLOBAL SERVICES LTD.
11
                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA

13  EDDIE KING, an individual; DEBBIE
    KING, an individual; BILLY RAY
14  PITCHER, an individual; and JOHN W.          **Case No. 5:10-cv-04706-EJD HRL**
    MALONEY, an individual,
15                                               **JOINT STIPULATION AND PROPOSED**
              Plaintiff,                         **ORDER GRANTING REQUEST OF**
16                                               **COUNSEL FOR PLAINTIFFS AND**
          v.                                     **DEFENDANTS TO CONTINUE**
17                                               **PRETRIAL CONFERENCE TO OCTOBER**
    SAM HOLDINGS, LLC, a limited liability       **14, 2011 AT 11:00 A.M.**
18  company; HANDSON VENTURES, LLC,
    a limited liability company; RUSTIC          **Date:    September 30, 2011**
19  CANYON LLC and HOV GLOBAL                    **Time:    11:00 a.m.**
    SERVICES LTD,                                **Judge:   District Judge Edward J. Davila**
20
              Defendants.
21  _____
    SAM HOLDINGS, LLC, a limited liability
22  company,
              Counter-Claimant,
23
          v.
24
    EDDIE KING, an individual; DEBBIE
25  KING, an individual; BILLY RAY
    PITCHER, an individual; and JOHN W.
26  MALONEY, an individual,

27            Counter-Defendants.

28
                                          - 1 -           **Case No. 5:10-CV-04706 EJD HRL**
                          **JOINT STIPULATION AND PROPOSED ORDER**

1

2

TO ALL PARTIES AND COUNSEL OF RECORD:

3

IT IS HEREBY STIPULATED by and between Plaintiffs, EDDIE KING, DEBBIE

4

KING, BILLY RAY PITCHER, and JOHN W. MALONEY, by and through their undersigned

5

counsel, and Defendants, SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC

6

CANYON, LLC, and HOV GLOBAL SERVICES, LTD, by and through their undersigned

7

counsel, that the Pretrial Conference currently scheduled for September 30, 2011 at 11:00 a.m. be

8

continued to October 14, 2011 at 11:00 a.m.

9

10

Additionally, counsel for all parties agree that the hearing on Defendants' Motion for

11

Transfer and the Pretrial Conference both be scheduled for October 14, 2011.

12

It is respectfully requested that the above request for continuance be granted and notice

13

sent to all parties regarding the rescheduled date and time.

14

Respectfully submitted,

15

Dated:  August 30, 2011                    NELSON LAW GROUP

16

17

By:/s/ Robert S. Nelson
        ROBERT S. NELSON

18

19

Dated:  August 30, 2011                    LONG LAW OFFICES

20

21

By:/s/ H. Clyde Long
        H. CLYDE LONG

22

23

Attorneys for Plaintiffs EDDIE KING, DEBBIE
KING, BILLY RAY PITCHER, and JOHN W.
MALONEY

24

25

26

27

28

- 2 -                          **Case No. 5:10-CV-04706 EJD HRL**

**JOINT STIPULATION AND PROPOSED ORDER**

1

2  Dated:  August 30, 2011                    ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                            By:/s/ Stephan A. Barber
                                                 STEPHAN A. BARBER
5

6  Dated:  August 30, 2011                    BOVIS, KYLE & BURCH, LLC

7

8                                            By:/s/ Melanie M. Norvell
                                                 MELANIE M. NORVELL
                                                 *(Appearing Pro Hac Vice)*
9

10                                            Attorneys for Defendants SAM
                                             HOLDINGS, LLC, HANDSON
11                                           VENTURES, LLC, RUSTIC
                                             CANYON, LLC and HOV GLOBAL
12                                           SERVICES LTD.

13

14

15                    **<u>ORDER OF THE COURT</u>**

16        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17        Dated:  <u>September 1            </u>, 2011

18

19        _____
                   UNITED STATES DISTRICT COURT
20                 "GFY CTF "10F CXKNC"

21

22

23

24

25

26

27

28

                                        - 3 -        **Case No. 5:10-CV-04706 EJD HRL**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the within and foregoing

*JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL*

*FOR PLAINTIFFS AND DEFENDANTS TO CONTINUE  PRETRIAL CONFERENCE TO*

*OCTOBER 14, 2011 AT 11:00 A.M.* has been served upon opposing counsel via the CM/ECF

system which will automatically send e-mail notification of such filing to the following

attorneys of record:

> Robert S. Nelson, Esq.
> Danielle L. Tizol, Esq.
> Nelson Law Group
> 900 Cherry Avenue, Suite 300
> San Bruno, CA  94066
>
> H. Clyde Long, Esq.
> Long Law Offices
> 950 Risa Road, 2nd Floor
> Lafayette, CA  94549

This 30th day of August, 2011.

**BOVIS, KYLE & BURCH, LLC**

  /s/ Melanie M. Norvell
**MELANIE M. NORVELL, ESQ.**
Georgia Bar No. 455591
Admitted *Pro Hac Vice*
Attorneys for SAM HOLDINGS, LLC,
HANDSON VENTURES, LLC,
RUSTIC CANYON, LLC and HOV GLOBAL
SERVICES LTD.
200 Ashford Center North, Suite 500
Atlanta, Georgia, 30338-2668
770-391-9100  /  Fax: 770-668-0878
mmn@boviskyle.com