| | |
|---|---|
| 1 | Melanie M. Norvell, Esq. |
| | Bovis, Kyle & Burch, LLC |
| 2 | 200 Ashford Center North, 5th Floor |
| | Atlanta, GA 30338 |
| 3 | 678-338-3971 - Direct Dial |
| | 770-668-0878 - Facsimile |
| 4 | |
| | STEVE W. DOLLAR, ESQ. (SBN 104365) |
| 5 | ERICKSEN ARBUTHNOT |
| | 152 North Third Street, Suite 700 |
| 6 | San Jose, CA 95112 |
| | Telephone: (408) 286-0880 |
| 7 | Facsimile: (408) 286-0337 |
| 8 | Attorneys for SAM HOLDINGS, LLC, HANDSON |
| | VENTURES, LLC, RUSTIC CANYON, LLC, and |
| 9 | HOV GLOBAL SERVICES LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual, | Case Number CV10-4706 GLF |
| Plaintiffs, | ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY |
| v. | |
| SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; and DOES 1 through 100, Inclusive, | |
| Defendants. | |
| SAM HOLDINGS, LLC, a limited liability company, | |
| Counter-Claimant, | |
| v. | |
| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual, | |
| Counter-Defendants. | |

1

ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY - CV10-4706 HRL

After considering the motion to substitute attorney, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Law Firm of Ericksen Arbuthnot by and through STEVE W. DOLLAR, ESQ. will substitute in as co-counsel for Defendants/Cross-Complainants SAM HOLDINGS, LLC., HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL, LTD. (collectively Sam Holdings).

2. The law firm of Ropers, Majeski, Kohn, & Bentley by and through STEPHAN A. BARBER, ESQ. and DANIEL MCKINNON, ESQ. is relieved as counsel for SAM HOLDINGS.

3. The law firm of Bovis, Kyle, & Burch by and through MELANIE M. NORVELL, ESQ. remains co-counsel for SAM HOLDINGS.

4. The October 18, 2011 hearing date is VACATED. The Motion to appear by by telephone is found as MOOT.

DATE: __September 20__, 2011

_____
HON. GFY CTF "10F CXKNC
United States District Court F lwtlevJudge