1  MELANIE M. NORVELL, ESQ.
   Admitted *Pro Hac Vice*
2  BOVIS, KYLE & BURCH, LLC
   200 Ashford Center North, Suite 500
3  Atlanta, GA 30328
   Telephone: 770-391-9100
4
   STEVE W. DOLLAR, ESQ. (SBN 104365)
5  ERICKSEN ARBUTHNOT
   152 North Third Street, Suite 700
6  San Jose, CA 95112
   Telephone: 408- 286-0880
7  Facsimile: 408-286-0337
   E-mail: nritz@eakdl.com
8
   Attorneys for Defendants
9  SAM HOLDINGS, LLC, HANDSON VENTURES,
   LLC, RUSTIC CANYON, LLC and HOV GLOBAL
10 SERVICES LTD.

11
   ROBERT S. NELSON (SBN 220984)
12 DANIELLE L. TIZOL (SBN 259702)
   NELSON LAW GROUP
13 900 Cherry Avenue, Suite 300
   San Bruno, CA 94066
14 (650) 794-2760 (phone)
   (650) 794-2761 (fax)
15 rnelson@nelsonlawgroup.net

16 H. CLYDE LONG (SBN 102148)
   LONG LAW OFFICES
17 950 Risa Road, 2nd Floor
   Lafayette, CA 94549
18 (925) 284-5575 (phone)
   (925) 284-5659 (fax)
19 clyde@longlawoffices.com

20 Attorneys for Plaintiffs
   EDDIE KING, DEBBIE KING, BILLY RAY
21 PITCHER, and JOHN W. MALONEY

22

UNITED STATES DISTRICT COURT

23 NORTHERN DISTRICT OF CALIFORNIA

24

| EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual, | **Case No. 5:10-cv-04706 EJD HRL** |
|---|---|
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER GRANTING REQUEST OF COUNSEL FOR PLAINTIFFS AND DEFENDANTS TO EXTEND THE DEADLINES TO COMPLETE FACT DISCOVERY AND FILE/SERVE DISPOSITIVE MOTIONS FOR SIXTY DAYS. |

- 1 -   **Case No. 5:10-CV-04706 EJD HRL**

**JOINT STIPULATION**

| | |
|---|---|
| v.<br><br>SAM HOLDINGS, LLC, a limited liability company; HANDSON VENTURES, LLC, a limited liability company; RUSTIC CANYON LLC and HOV GLOBAL SERVICES LTD,<br><br>　　　　　　Defendants.<br>_____<br>SAM HOLDINGS, LLC, a limited liability company,<br><br>　　　　　　Counter-Claimant,<br><br>v.<br><br>EDDIE KING, an individual; DEBBIE KING, an individual; BILLY RAY PITCHER, an individual; and JOHN W. MALONEY, an individual,<br><br>　　　　　　Counter-Defendants. | **Judge:  District Judge Edward J. Davila**<br><br>**Fact Discovery Deadline:**<br>**October 19, 2011**<br><br>**Deadline to File/Serve Dispositive Motions:**<br>**October 31, 2011** |

TO ALL PARTIES AND COUNSEL OR RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs, EDDIE KING, DEBBIE KING, BILLY RAY PITCHER and JOHN W. MALONEY ("Plaintiffs"), by and through their undersigned counsel, and Defendants, SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC, and HOV GLOBAL SERVICES LTD ("Defendants"), by and through their undersigned counsel, that the existing deadlines to complete fact discovery and to file/serve dispositive motions be extended by sixty (60) days for the purpose of allowing each party to take additional depositions as follows:

1.　　The Court previously entered its *Stipulation And Order To Modify Case Management Scheduling Order* on August 10, 2011 modifying certain deadlines, including the deadlines to complete fact discovery and file/serve dispositive motions. [Docket No. 29]. The existing deadline to complete fact discovery is October 19, 2011, and the deadline to file/serve dispositive motions is October 31, 2011.

2. Counsel for all parties agree to extend the fact discovery deadline for sixty (60) days to allow for the taking of additional depositions that have not yet been taken and to take a second deposition of Peter Grossman if allowed. Counsel and parties have diligently pursued discovery and have taken many depositions. However, parties and witnesses are located in various geographical areas and there are additional depositions that need to be taken, additional documents to be produced, and interrogatories that remain outstanding.

3. Counsel for all parties further agree that the deadline for filing dispositive motions should be extended by sixty (60) days because the additional depositions and discovery will impact the need for and facts associated with any dispositive motions.

4. The Court previously vacated the trial date in this action and counsel do not expect that trial will take place for many months.

It is respectfully requested that the above requests for extension of Court ordered deadlines be granted and notice sent to all parties regarding the new deadlines to complete fact discovery and file/serve dispositive motions.

                                                                        Respectfully submitted,

Dated: September 30, 2011                      NELSON LAW GROUP

                                              By:/s/ Robert S. Nelson
                                                  ROBERT S. NELSON

Dated: September 30, 2011                      LONG LAW OFFICES

                                              By:/s/ H. Clyde Long
                                                  H. CLYDE LONG

|   |   |
|---|---|
|   | Attorneys for Plaintiffs EDDIE KING, DEBBIE KING, BILLY RAY PITCHER, and JOHN W. MALONEY |
| Dated: September 30, 2011 | ERICKSEN ARBUTHNOT |
|   | By: /s/ Steve W. Dollar<br>    STEVE W. DOLLAR |
| Dated: September 30, 2011 | BOVIS, KYLE & BURCH, LLC |
|   | By: /s/ Melanie M. Norvell<br>    MELANIE M. NORVELL<br>    *(Appearing Pro Hac Vice)* |
|   | Attorneys for Defendants SAM HOLDINGS, LLC, HANDSON VENTURES, LLC, RUSTIC CANYON, LLC and HOV GLOBAL SERVICES LTD. |

### ORDER OF THE COURT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 6    , 2011

_____
JUDGE, UNITED STATES DISTRICT COURT